UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., as Broadcast Licensee of the August 13, 2005 Rahman/Barrett Event, <br><br> Plaintiff, <br><br> VS. <br><br> CAROLINE GUERRERO, Individually and d/b/a ROCKY'S PLACE, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 3:08-CV-1970-G (BF) <br><br> **ECF** |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions, and recommendation of United States Magistrate Judge Paul D. Stickney on the motion for summary judgment brought by plaintiff, Kingvision Pay-Per-View, Ltd. The court reviewed the proposed findings, conclusions, and recommendation *de novo*. Finding no error, the court **ADOPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Plaintiff's motion for summary judgment is **GRANTED**.

**SO ORDERED**.

July 7, 2009.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**A. JOE FISH**
　　　　　　　　　　　　　　　　　　　　　　　**Senior United States District Judge**